# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 19, 2022

Lyle W. Cayce
Clerk

No. 21-30442

Mark Doyle Construction, L.L.C.,

*Plaintiff—Appellant/Cross-Appellee*,

*versus*

First Standard Asurety, L.L.P.; David Harris,

*Defendants—Appellees/Cross-Appellants*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:17-CV-674

Before King, Elrod, and Southwick, *Circuit Judges*.

Per Curiam:*

Appellant fails to present any non-frivolous arguments on appeal. Accordingly, the judgment of the district court is AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.